IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS MOLINOS MUTUAL WATER COMPANY; PEYTON PACIFIC PROPERTIES, LLC, and STANFORD VINA RANCH IRRIGATION COMPANY,<br><br>              Plaintiff and Petitioner,<br>    v.<br><br>ERIK EKDAHL, in his official capacity as Deputy Director of the Division of Water Rights at the State Water Resources Control Board; EILEEN SOBECK, in her official capacity as Executive Director of the State Water Resources Control Board; E. JOAQUIN ESQUIVEL, in his official capacity as Chair of the State Water Resources Control Board; DORENE D' ADAMO, in her official capacity as Vice Chair of the State Water Resources Control Board; SEAN MAGUIRE, in his official capacity as Member of the State Water Resources Control Board; LAUREL FIRESTONE, in her official capacity as Member of the State Water Resources Control Board; NICHOLE MORGAN, in her official capacity as Member of the State Water Resources Control Board; and DOES 1 through 50, inclusive,<br><br>              Defendant and Respondent. | Case No. 2:21-cv-01961-JAM-DMC<br><br>ORDER |

///

///

1  GOOD CAUSE APPEARING, the stipulation for an Extension of Time to reply to Plaintiffs' Complaint is GRANTED. Defendants shall reply to Plaintiffs' Complaint on or before January 12, 2022.

DATED: December 10, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE