# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS MOLINOS MUTUAL WATER COMPANY; PEYTON PACIFIC PROPERTIES, LLC, and STANFORD VINA RANCH IRRIGATION COMPANY;<br><br>  Plaintiffs and Petitioners,<br><br>v.<br><br>ERIK EKDAHL, in his official capacity as Deputy Director of the Division of Water Rights at the State Water Resources Control Board; EILEEN SOBECK, in her official capacity as Executive Director of the State Water Resources Control Board; E. JOAQUIN ESQUIVEL, in his official capacity as Chair of the State Water Resources Control Board; DORENE D'ADAMO, in her official capacity as Vice Chair of the State Water Resources Control Board; SEAN MAGUIRE, in his official capacity as Member of the State Water Resources Control Board; LAUREL FIRESTONE, in her official capacity as Member of the State Water Resources Control Board; NICHOLE MORGAN, in her official capacity as Member of the State Water Resources Control Board; and DOES 1 through 50, inclusive,<br><br>  Defendants and Respondents. | No.: 2:21-cv-01961-JAM-DMC<br><br>**ORDER**<br><br><br>Action Filed: October 21, 2021 |

(Left margin: MINASIAN, MEITH, SOARES, SEXTON & COOPER, LLP / 1681 Bird Street / P.O. Box 1679 / Oroville, CA 95965 / (530) 533-2885)

GOOD CAUSE APPEARING, the Stipulation for an Extension of Time to reply to Plaintiff's Complaint if GRANTED.  Defendants shall reply to Plaintiffs' Complaint on or before February 21, 2022.

DATED:  January 10, 2022         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE