1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  RUSSELL B. HILDRETH, State Bar No. 166167
   Supervising Deputy Attorney General
3  SIERRA S. ARBALLO, State Bar No. 278885
   CAROLYN NELSON ROWAN, State Bar No. 238526
4  IRENE S. WHITCOMBE, State Bar No. 330616
   SCOTT H. CAVANAUGH, State Bar No. 245261
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-6279
     Fax: (916) 322-8228
8    E-mail: Scott.Cavanaugh@doj.ca.gov
   *Attorneys for Defendant State of California, by and*
9  *through the State Water Resources Control Board,*
   *Erik Ekdahl, Eileen Sobeck, E. Joaquin Esquivel,*
10 *Dorene D' Adamo, Sean McGuire, Laurel Firestone,*
   *Nichole Morgan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOS MOLINOS MUTUAL WATER COMPANY; PEYTON PACIFIC PROPERTIES, LLC, and STANFORD VINA RANCH IRRIGATION COMPANY,**<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>**ERIK EKDAHL, in his official capacity as Deputy Director of the Division of Water Rights at the State Water Resources Control Board; EILEEN SOBECK, in her official capacity as Executive Director of the State Water Resources Control Board; E. JOAQUIN ESQUIVEL, in his official capacity as Chair of the State Water Resources Control Board; DORENE D' ADAMO, in her official capacity as Vice Chair of the State Water Resources Control Board; SEAN MAGUIRE, in his official capacity as Member of the State Water Resources Control Board; LAUREL FIRESTONE, in her official capacity as** | 2:21-cv-01961-JAM-DMC<br><br>**ORDER RE: FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144**<br><br>Action Filed: October 21, 2021 |

1

**Member of the State Water Resources Control Board; NICHOLE MORGAN, in her official capacity as Member of the State Water Resources Control Board; and DOES 1 through 50, inclusive,**

Defendants and Respondents.

# ORDER

GOOD CAUSE APPEARING, the Fourth Stipulation to Extend Time to Respond to Plaintiffs' Complaint is GRANTED.  Plaintiffs shall file their amended pleading on or before February 25, 2022.  Defendants shall respond within 30 days of plaintiffs filing their amended pleading.

DATED:  February 16, 2022    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE